UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Hearing Date:  January 29, 2015 |
|  | Hearing Time:  9:15 a.m. |
| **Dominick N. Mamone,** | Hearing Location:  Albany |
| SSN:  xxx-xx-2214 |  |
|  | Case No. 10-11206 |
|  | Chapter 13 |
| **Debtor.** |  |

**TRUSTEE'S NOTICE OF MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO INCREASE MONTHLY PLAN PAYMENTS BASED ON DEBTOR'S ABILITY TO PAY AND GOOD FAITH**

PLEASE TAKE NOTICE, that Andrea E. Celli, Chapter 13 Trustee (the "Trustee"), has filed has filed papers with the Court for an Order pursuant to 11 U.S.C. §§105 and 1329 modifying the debtor's confirmed Chapter 13 plan to increase the debtor's monthly plan payment based on the debtor's ability to pay and good faith, and a hearing on said Motion will be held on **January 29, 2015 at 9:15 a.m. in the forenoon**, or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court for the Northern District of New York, Room 306, 445 Broadway, Albany, New York 12207.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested or if you want the Court to consider your views on the motion, then on or before January 22, 2015, you or your attorney must file with the Court a written request for a hearing explaining your position at Room 306, 445 Broadway, Albany, New York 12207.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before January 22, 2015.

You must also mail a copy of your response to Andrea E. Celli, Esq., Chapter 13 Standing Trustee, 7 Southwoods Boulevard, Albany, New York 12211, Richard Croak, Esq., 314 Great Oaks Boulevard, Albany, NY 12203, and the Office of the United States Trustee, 74 Chapel Street, Albany New York, and you must attend the hearing on the motion scheduled to be held on the 29th day of January, 2015 at 9:15 a.m. at the U.S. Bankruptcy Court, Room 306, 445 Broadway, Albany, New York 12207.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief without further notice.

Respectfully submitted,

Dated:  January 7, 2015            */S/ Bonnie S. Baker*
                                   Bonnie S. Baker, Esq.
                                   Office of Andrea E. Celli
                                   Chapter 13 Standing Trustee
                                   7 Southwoods Boulevard
                                   Albany, NY  12211

TO:

Richard Croak, Esq.

Office of the United States Trustee

Dominick N. Mamone
2 Mallard Cove
Ballston Lake, NY 12019